IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHICKASAW NATION and <br> CHOCTAW NATION OF OKLAHOMA, <br><br> Plaintiffs, <br><br> vs. <br><br> MARY FALLIN, in her official capacity <br> as Governor of the State of Oklahoma, <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

No. CIV-11-927-W

FILED

OCT 12 2011

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

## ORDER

Upon review of the record, the Court

(1) FINDS that the Clerk of the Court inadvertently issued summons in this matter against the United States of America; and

(2) ORDERS that the summons [Doc. 37] and all docket entries noting that the United States has been added as a party in this matter should be and are hereby STRICKEN.

ENTERED this 12th day of October, 2011.

LEE R. WEST
UNITED STATES DISTRICT JUDGE