IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHICKASAW NATION and <br> CHOCTAW NATION OF OKLAHOMA, <br><br> Plaintiffs, <br><br> vs. <br><br> MARY FALLIN, in her official capacity <br> as Governor of the State of Oklahoma, <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIV-11-927-W <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEDIATOR'S REPORT TO THE COURT

In accordance with the Agreed Mediation Order, entered by this Court on January 5, 2012, the mediator, Professor Francis McGovern, hereby reports to the Court that he is convening a Public/Private Task Force of nineteen (19) geographically, politically and demographically diverse Oklahomans to meet to discuss possible resolutions to the above referenced water resources litigation.  The deliberations of the Task Force will be governed by the confidentiality provisions of the Court's Agreed Mediation Order.  Professor McGovern will conduct at least five (5) meetings in the next four (4) months and will report to the Court periodically concerning the progress of the meetings.

Dated this 7th day of May, 2012.

                                                  s/ Professor Francis McGovern <br>
                                                Professor Francis McGovern, <br>
                                                Mediator

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of May, 2012, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of court will transmit a Notice of Electronic Filing to the following ECF registrants:

Bob Rabon
Brian M. Nazarenus
Craig B. Keith
Lynn H. Slade
M. Daniel Weitman
Maria O'Brien
Neal Leader
Patrick R. Wyrick
Stephen H. Greetham
Steven K. Mullins
Susan M. Ryan
V. Glenn Coffee
William C. Scott

I hereby certify that on the 7th day of May, 2012, I served the attached document by e-mail on the following, who are not registered participants of the ECF System:

Douglas B. L. Endreson
Peng Wu


s/ Michael Burrage
Michael Burrage