IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHICKASAW NATION and<br>CHOCTAW NATION OF OKLAHOMA,<br><br>    Plaintiffs,<br><br>vs.<br><br>MARY FALLIN, in her official capacity as<br>Governor of the State of Oklahoma, *et al.*;<br><br>    Defendants, | Case No. CIV-11-927-W |

**JOINT STATUS REPORT AND
JOINT MOTION FOR A FURTHER 120-DAY STAY OF THIS ACTION**

By Order dated February 26, 2013 [Doc. 119], this Court stayed all proceedings in this action for 90 days, and entered a similar Order in *Oklahoma Water Resources Board v. United States of American, et al.*, No.CIV-12-275-W (W.D. Okla.). This Court ordered the parties to file a written report by May 20, 2013 advising the Court whether an extension of the stay is warranted and would be beneficial to the resolution of any issues in this case and if so, the additional period of time requested.

Since this Court entered the stay order on February 26, 2013, representatives of the United States, the Chickasaw Nation, the Choctaw Nation of Oklahoma, the State of Oklahoma, the Oklahoma Water Resources Board, the City of Oklahoma City, and the Oklahoma City Water Utilities Trust have continued to discuss issuesin both cases. All parties have continued diligently to undertake factual and legal research and analysis in preparation for further discussions.

The parties in both cases have concluded that a further stay of both actions would benefit all parties, and respectfully move this Court to extend the stay of these proceedings for an

additional 120 days - through September 17, 2013.  The parties request that the extension incorporate all deadlines and terms set forth in this Court's Order of February 26, 2013[Doc. 119]. The relevant parties are also concurrently moving to extend the stay in No. CIV-12-275-W. The parties to this action respectfully request that this Court extend the stay as to both the instant action and Case No. CIV-12-275-W, or deny an extension as to both, as all parties concurring in this motion seek to focus on negotiation without affording any party a procedural advantage over any other party.

The parties may determine that an additional period will be beneficial to continue addressing substantive and/or procedural issues.  If so, any such party or parties will report to the Court and move for a further stay at that point; any party or parties who do not agree to a further stay may object to said motion.

Undersigned counsel have contacted the attorneys who have entered appearances as of the date of this motion, and none has objected to this motion.

 Dated May 20, 2013

                                   Respectfully submitted,


                                    s/ Michael Burrage
                                   Michael Burrage, OBA #1350
                                   WHITTEN BURRAGE
                                   1215 Classen Drive
                                   Oklahoma City, OK  73103
                                   Tel:    (405) 516-7800
                                   Fax:   (405) 516-7859
                                   Email: mburrage@whittenburragelaw.com

                                   -and-

Bob Rabon, OBA #7373
RABON, WOLF & RABON
402 East Jackson (Highway 70)
Hugo, OK  74743
Tel:     (580) 326-6437
Fax:    (580) 326-6032
Email: bob.rabon@sbcglobal.net

*Counsel for Choctaw Nation of Oklahoma and Chickasaw Nation*

-and-

Stephen H. Greetham, OBA #21510
Chickasaw Nation Division of Commerce
Office of General Counsel
2020 Lonnie Abbott Blvd.
Ada, OK  74820
Tel:     (580) 272-5236
Fax:    (580) 272-2077
Email: StephenGreetham@chickasaw.net

*Counsel for Chickasaw Nation*

-and-

Douglas B. L. Endreson
SONOSKY, CHAMBERS, SACHSE,
  ENDRESON & PERRY, LLP
1425 K Street, N.W., Suite 600
Washington, D.C.  20005
Tel:     (202) 682-0240
Fax:    (202) 682-0249
dendreson@sonosky.com

*Counsel for Choctaw Nation of Oklahoma and Chickasaw Nation*

**OKLAHOMA OFFICE OF THE ATTORNEY GENERAL**

 s/ Patrick R. Wyrick
Patrick R. Wyrick, OBA #21873
SOLICITOR GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 522-4393
Patrick.Wyrick@oag.ok.gov

Neal Leader
SENIOR ASSISTANT ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
Phone: (405) 522-4393
Neal.Leader@oag.ok.govM

and

**MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A.**

 s/ Lynn H. Slade
Lynn H. Slade (NM Bar No. 25011)
Maria O'Brien (NM Bar No. 7231)
William C. Scott (NM Bar No. 3225)
Bank of America Centre
500 4th Street NW, Suite 1000
Albuquerque, NM 87102
Phone: (505) 848-1800
Lynn.slade@modrall.com
wscott@modrall.com
mobrien@modrall.com

V. Glenn Coffee
101 N Robinson Avenue # 1300
Oklahoma City, OK 73102-5502
405-650-6258
gcoffee@cox.net

*Counsel for Governor Mary Fallin,*
*State of Oklahoma and Counsel for OWRB*

4

Case 5:11-cv-00927-W   Document 120   Filed 05/20/13   Page 5 of 5

                                      s/ Brian M. Nazarenus
Brian M. Nazarenus, OBA #30814
Susan M. Ryan, OBA #30823
RYLEY CARLOCK & APPLEWHITE
1700 Lincoln Street, Suite 3500
Denver, CO 80203
(303) 863-7500
bnazarenus@rcalaw.com
sryan@rcalaw.com

*Counsel for Defendants City of Oklahoma City, and Oklahoma City Water Utilities Trust*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2013, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

- Bob Rabon
- Brian M. Nazarenus
- Craig B. Keith
- Douglas B L Endreson
- Lynn H. Slade
- M. Daniel Weitman
- Maria O'Brien
- Neal Leader
- Patrick R. Wyrick
- Stephen H. Greetham
- Steven K. Mullins
- Susan M. Ryan
- V. Glenn Coffee
- William C. Scott

                                      s/ Michael Burrage
Michael Burrage
5