IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHICKASAW NATION and CHOCTAW NATION OF OKLAHOMA, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | No. CIV-11-927-W |
| MARY FALLIN, in her official capacity as Governor of the State of Oklahoma, et al., ) ) ) ) | |
| Defendants. ) | |

## ORDER

Upon review, the Court

(1) GRANTS the Unopposed Motion to Substitute Oklahoma Water Resources Board Members [Doc. 137] filed pursuant to Rule 25(d), F.R.Civ.P., by plaintiffs Chickasaw Nation and Choctaw Nation on September 25, 2015; and

(2) ORDERS

(a) that Stephen Allen, in his capacity as a member of the Oklahoma Water Resources Board ("OWRB"), should be and is hereby substituted as party defendant for Rudolf John Herrman;

(b) that Jason Hitch, in his capacity as an OWRB member, should be and is hereby substituted as party defendant for Kenneth K. Knowles; and

(c) that Bob Drake, in his capacity as an OWRB member, should be and is hereby substituted as party defendant for Joe Taron.

ENTERED this 25th day of September, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE