UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHICKASAW NATION and CHOCTAW NATION OF OKLAHOMA, </br></br> Plaintiffs, </br></br> v. </br></br> J. KEVIN STITT, in his official capacity as Governor of the State of Oklahoma, et al., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Case No. CIV-11-927-G |

**ORDER**

Now before the Court is the parties' Joint Status Report, filed on September 15, 2021. *See* Doc. No. 173. The parties' settlement agreement was approved and ratified by Congress on December 16, 2016, and thereafter enacted into federal law, Pub. L. No. 114-332, § 3608(i)(1), 130 Stat. 1628, 1810. Both the settlement agreement and the subsequent federal legislation contain certain conditions precedent to full enforceability of the settlement agreement, and the parties have advised the Court in the Joint Status Report of their continuing efforts to meet the remaining such conditions.

Upon review, the Court:

(1) CONTINUES the stay imposed in this action; and

(2) DIRECTS the parties to file a joint report on or before March 31, 2022, and (a) to advise therein regarding satisfaction of the conditions precedent, (b) to suggest a date by

which all appropriate dispositive motions in conformance with the parties' settlement agreement are to be filed, and (c) to advise what further judicial action, if any, is necessary.

IT IS SO ORDERED this 6th day of September, 2021.

_____
CHARLES B. GOODWIN
United States District Judge